```
         IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                    WESTERN DIVISION
```

UNITED STATES OF AMERICA

vs.                              NO. 4:03CR00031-001 SWW

THOMAS LANDON FITE

### ORDER

The above entitled cause came on for hearing on petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon a preponderance of the evidence, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motion is granted, and the supervised release previously granted this defendant, be, and it hereby is, revoked.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of ELEVEN (11) MONTHS in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in the facility located in Forrest City or as close to Central Arkansas as possible, and that he participate in an anger management counseling program during incarceration.

Upon release from imprisonment, defendant shall serve a term of supervised release of ONE (1) YEAR, to be on the same terms and conditions as previously ordered in this matter. In addition, defendant shall participate, under the guidance and supervision of the U. S. Probation Office, in anger management counseling and any other counseling program as deemed appropriate.

All other terms and conditions of defendant's previously imposed sentence shall remain in full force and effect.

The defendant is remanded to the custody of the U. S. Marshal to immediately begin service of the sentence imposed in this matter.

IT IS SO ORDERED this 24th day of September, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE